WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE7,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, AS SUCCESSOR-IN-INTEREST TO TICOR TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE GROUP, INC.; TICOR TITLE INSURANCE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01854-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEUTSCHE BANK'S MOTION FOR REMAND [ECF No. 7]**<br><br>**(FIRST REQUEST)** |

Pending before the Court is Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7's ("Deutsche Bank") Motion for Remand (ECF No. 7) filed on November 5, 2021. Defendant, Chicago Title Insurance Company ("Chicago Title") filed its Opposition on November 19, 2021 (ECF No. 8).  Deutsche Bank's reply is currently due on November 29, 2021. Deutsche Bank requests a brief, one-week extension for its reply deadline in order to review and respond to the points and authorities cited to in Chicago Title's Opposition. Chicago Title does

not oppose the request for an extension. Accordingly, the Parties stipulate and agree to a one-week extension of time for Deutsche Bank's Reply through and including December 6, 2021.

**IT IS SO STIPULATED.**

| DATED this 29th day of November, 2021. | DATED this 29th day of November, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon, Esq.* | */s/ Kevin Sinclair, Esq.* |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7* | Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Chicago Title Insurance Company, as successor-in-interest to Ticor Title Insurance Company; Fidelity National Title Group, Inc.; and Ticor Title Insurance Company of Nevada* |

**IT IS SO ORDERED.**

Dated this __29__ day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT