1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
Facsimile: (702) 331-1652
6
Kevin S. Sinclair, NV Bar No. 12277
7     *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
Encino, California 91436
9  Telephone: (213) 429-6100
Facsimile: (213) 429-6101
10
Attorneys for Defendants
11  FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO
TITLE INSURANCE COMPANY, and TICOR TITLE OF
12  NEVADA, INC.

13  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
14
Gary L. Compton, State Bar No. 1652
15  2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:21-CV-01854-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| CHICAGO TITLE INSURANCE COMPANY et al., | |
| Defendants. | |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 6, 2021 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On October 6, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Title's and Ticor Agency's respective responses to Deutsche Bank's complaint are currently due on January 24, 2022, while FNTG's response is currently due on January 25, 2022;

4. Counsel for Defendants request a 30-day extension for Chicago Title and Ticor Agency (29 days for FNTG) through and including Wednesday, February 23, 2022, for Defendants to file their respective responses to Deutsche Bank's complaint to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

5. Counsel for Deutsche Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Wednesday, February 23, 2022.

Dated: January 19, 2022                SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and TICOR TITLE OF NEVADA, INC.

Dated: January 19, 2022                WRIGHT FINLAY & ZAK, LLP

By:   */s/-Lindsay D. Dragon*
    LINDSAY D. DRAGON
    Attorneys for Plaintiff
    DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this 20th day of January, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**