Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and TICOR TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, et al.,<br><br>                    Defendants. | 2:21-cv-01854-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

     COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche


Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 6, 2021 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On October 6, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 19, 2022, the parties submitted the first stipulation for an extension of time for Defendants to respond to Deutsche Bank's complaint, which was granted by the Court on January 20, 2022 (ECF No. 24);

4. Counsel for Defendants request a further 30-day extension for Defendants to file their respective responses to Deutsche Bank's complaint, through and including Friday, March 25, 2022, to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

5. Counsel for Deutsche Bank does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//



Case 2:21-cv-01854-GMN-DJA   Document 26   Filed 02/23/22   Page 3 of 3

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Friday, March 25, 2022.

Dated: February 23, 2022        SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and TICOR TITLE OF NEVADA, INC.

Dated: February 23, 2022        WRIGHT FINLAY & ZAK, LLP

By:  */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this 24th day of February, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**