1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO
   TITLE INSURANCE COMPANY, and TICOR TITLE OF
12 NEVADA, INC.

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
14
   Gary L. Compton, State Bar No. 1652
15 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
16
                    **UNITED STATES DISTRICT COURT**
17
                          **DISTRICT OF NEVADA**
18

| 19  DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:21-CV-01854-GMN-DJA |
|---|---|
| 20                Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| 21         vs. | |
| 22  CHICAGO TITLE INSURANCE COMPANY et al., | **THIRD REQUEST** |
| 23                Defendants. | |
| 24 | |

25      COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title

26 Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency")

27 (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche

28



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.    On October 6, 2021 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2.    On October 6, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.    On January 19, 2022, the parties submitted the first stipulation for an extension of time for Defendants to respond to Deutsche Bank's complaint, which was granted by the Court on January 20, 2022 (ECF No. 24);

4.    On February 23, 2022 the parties submitted the second stipulation for an extension of time for Defendants to respond to Deutsche Bank's complaint, which was granted by the Court on February 24, 2022 (ECF No. 26);

5.    Counsel for Defendants request a further 31-day extension for Defendants to file their respective responses to Deutsche Bank's complaint, through and including Monday, April 25, 2022, to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

6.    Counsel for Deutsche Bank does not oppose the requested extension;

7.    This is the third request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8.    This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1     **IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the

2  complaint are hereby extended through and including Monday, April 25, 2022.

3  Dated:  March 21, 2022                SINCLAIR BRAUN LLP

4

5                                        By:  _/s/-Kevin S. Sinclair_____
                                              KEVIN S. SINCLAIR
6                                             Attorneys for Defendants
                                              FIDELITY NATIONAL TITLE GROUP,
7                                             INC., CHICAGO TITLE INSURANCE
                                              COMPANY, and TICOR TITLE OF
8                                             NEVADA, INC.

9  Dated:  March 21, 2022                WRIGHT FINLAY & ZAK, LLP

10

11                                       By:  _/s/-Lindsay D. Dragon_____
                                              LINDSAY D. DRAGON
12                                            Attorneys for Plaintiff
                                              DEUTSCHE BANK NATIONAL TRUST
13                                            COMPANY

14  **IT IS SO ORDERED.**

15      Dated this __22nd__ day of ___March_____, 2022.

16

17                                       _____
                                         DANIEL J. ALBREGTS
18                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

