

1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and TICOR TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>               Plaintiff,<br><br>            vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>              Defendants. | Case No.: 2:21-CV-01854-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FOURTH REQUEST** |

      COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche

Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 6, 2021 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On October 6, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 19, 2022, the parties submitted the first stipulation for an extension of time for Defendants to respond to Deutsche Bank's complaint, which was granted by the Court on January 20, 2022 (ECF No. 24);

4. On February 23, 2022 the parties submitted the second stipulation for an extension of time for Defendants to respond to Deutsche Bank's complaint, which was granted by the Court on February 24, 2022 (ECF No. 26);

5. On March 21, 2022, the parties submitted the third stipulation for an extension of time for Defendants to respond to Deutsche Bank's complaint, which was granted by the Court on March 22, 2022 (ECF No. 28);

6. Counsel for Defendants request a further two-week extension for Defendants to file their respective responses to Deutsche Bank's complaint, through and including Monday, May 9, 2022, to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

7. Counsel for Deutsche Bank does not oppose the requested extension;

8. This is the fourth request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

9. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  **IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the
2  complaint are hereby extended through and including Monday, May 9, 2022.
3  Dated:  April 25, 2022                    SINCLAIR BRAUN LLP

                                             By:  */s/-Kevin S. Sinclair*
                                                  KEVIN S. SINCLAIR
                                                  Attorneys for Defendants
                                                  FIDELITY NATIONAL TITLE GROUP,
                                                  INC., CHICAGO TITLE INSURANCE
                                                  COMPANY, and TICOR TITLE OF
                                                  NEVADA, INC.

9  Dated:  April 25, 2022                    WRIGHT FINLAY & ZAK, LLP

                                             By:  */s/-Lindsay D. Dragon*
                                                  LINDSAY D. DRAGON
                                                  Attorneys for Plaintiff
                                                  DEUTSCHE BANK NATIONAL TRUST
                                                  COMPANY

**IT IS SO ORDERED.**

   Dated this  26th  day of  April       , 2022.

                                             _____
                                             DANIEL J. ALBREGTS
                                             UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**