Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                              Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>                              Defendants. | Case No.: 2:21-CV-01854-CDS-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FIDELITY NATIONAL TITLE GROUP, INC. TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIFTH REQUEST** |

COMES NOW defendant Fidelity National Title Group, Inc. ("FNTG") and plaintiff

Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective

attorneys of record, which hereby agree and stipulate as follows:

      1.      On October 6, 2021 Deutsche Bank filed its complaint in the Eighth Judicial



District Court for the State of Nevada;

2. On October 6, 2021, defendant Chicago Title Insurance Company removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 19, 2022, the parties submitted the first stipulation for an extension of time for the defendants to respond to Deutsche Bank's complaint, which was granted by the Court on January 20, 2022 (ECF No. 24);

4. On February 23, 2022 the parties submitted the second stipulation for an extension of time for the defendants to respond to Deutsche Bank's complaint, which was granted by the Court on February 24, 2022 (ECF No. 26);

5. On March 21, 2022, the parties submitted the third stipulation for an extension of time for the defendants to respond to Deutsche Bank's complaint, which was granted by the Court on March 22, 2022 (ECF No. 28);

6. On April 25, 2022, the parties submitted the fourth stipulation for an extension of time for the defendants to respond to Deutsche Bank's complaint, which was granted by the Court on April 26, 2022 (ECF No. 33);

7. The parties have reached a tentative agreement that will result in the dismissal of FNTG from this matter, and as a result, request a 50-day extension of time for FNTG to respond to the complaint, through and including Tuesday, June 28, 2022, to allow the parties to finalize the agreement to dismiss FNTG from this action.

8. Counsel for Deutsche Bank does not oppose the requested extension;

9. This is the fifth request for an extension made by counsel for FNTG, which is made in good faith and not for the purposes of delay.

10. This stipulation is entered into without waiving any of FNTG's objections under Fed. R. Civ. P. 12.

//

//

//

//



1    **IT IS SO STIPULATED** that FNTG's deadline to respond to the complaint is hereby

2    extended through and including June 28, 2022.

3    Dated:  May 9, 2022                    SINCLAIR BRAUN LLP

4

5                                          By:  _/s/-Kevin S. Sinclair_____
                                               KEVIN S. SINCLAIR
6                                              Attorneys for Defendants
                                               FIDELITY NATIONAL TITLE GROUP,
7                                              INC.

8    Dated:  May 9, 2022                    WRIGHT FINLAY & ZAK, LLP

9

10                                         By:  _/s/-Lindsay D. Dragon_____
                                               LINDSAY D. DRAGON
11                                             Attorneys for Plaintiff
                                               DEUTSCHE BANK NATIONAL TRUST
12                                             COMPANY

13   **IT IS SO ORDERED.**

14       Dated this  10th  day of _____May_____, 2022.

15

16                                         _____
                                           DANIEL J. ALBREGTS
17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

