WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE7,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, AS SUCCESSOR-IN-INTEREST TO TICOR TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE GROUP, INC.; TICOR TITLE INSURANCE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01854-CDS-DJA<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING RULING ON REMAND AND DISPOSITIVE MOTIONS [ECF Nos. 7, 34, & 35]** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7 ("Deutsche Bank") and Defendants Chicago Title Insurance Company, as successor-in-interest to Ticor Title Insurance Company ("Chicago"); Fidelity National Title Group, Inc. ("Fidelity"); and Ticor Title Company of Nevada, Inc. ("Ticor") (collectively the "Defendants", and with Deutsche Bank, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1      **WHEREAS**, on October 6, 2021, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-842273-C [ECF No. 1-1];

**WHEREAS**, on October 6, 2021, Chicago filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS**, on November 5, 2021, Deutsche Bank filed its Motion for Remand [ECF No. 7];

**WHEREAS**, Deutsche Bank's Motion for Remand has been fully briefed and is pending the Court's decision [*See* ECF Nos. 8, 13];

**WHEREAS**, on January 3, 2022, the Court entered its Scheduling Order [ECF No. 17];

**WHEREAS**, on March 9, 2022, Chicago and Ticor each filed Motions to Dismiss [ECF Nos. 34, 35];

**WHEREAS**, Deutsche Bank's deadline to respond to the respective motions is currently May 23, 2022.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on the pending motions [ECF Nos. 7, 34 & 35];
2. The Court's Scheduling Order [ECF No. 17] is hereby **VACATED**;
3. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions.
4. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.
5. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

/ / /

/ / /

/ / /

6. In the event the motions are denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

| DATED this 16th day of May, 2022. | DATED this 16th day of May, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin S. Sinclair* |
| Lindsey Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Blvd, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006-HE7* | *Attorney for Defendants, Chicago Title Insurance Company, as successor-in-interest to Ticor Title Insurance Company; Fidelity National Title Group, Inc.; and Ticor Title Insurance Company of Nevada* |

**IT IS SO ORDERED.**

Dated this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE