Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>                    Defendants. | Case No.: 2:21-CV-01854-CDS-DJA<br><br>**STIPULATION AND ORDER TO VACATE DEADLINE FOR FIDELITY NATIONAL TITLE GROUP, INC. TO RESPOND TO COMPLAINT** |

COMES NOW defendant Fidelity National Title Group, Inc. ("FNTG") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 6, 2021 Deutsche Bank filed its complaint in the Eighth Judicial



1  District Court for the State of Nevada;

2      2.    Before FNTG responded to the complaint in this action, Deutsche Bank and FNTG

3  reached a tentative agreement that will result in the dismissal of FNTG from this matter, as set

4  forth in the May 9, 2022 stipulation between FNTG and Deutsche Bank (ECF No. 37);

5      3.    On June 1, 2022, the Court granted a stipulation between Deutsche Bank,

6  defendant Chicago Title Insurance Company ("CTIC"), and defendant Ticor Title of Nevada, Inc.

7  ("Ticor Agency") to stay discovery in this action pending the motion for remand filed by

8  Deutsche Bank, as well as CTIC's and Ticor Agency's motions to dismiss, which are fully briefed

9  (ECF No. 43);

10      4.    FNTG's current deadline to respond to the complaint is June 28, 2022;

11      5.    To afford Deutsche Bank and FNTG additional time to finalize their agreement for

12  the dismissal of FNTG from this action, Deutsche Bank and FNTG stipulate to vacate FNTG's

13  deadline to file a responsive pleading. In the event the Parties do not reach a formal agreement to

14  dismiss FNTG, the Parties will stipulate to reset FNTG's response deadline.

15      **IT IS STIPULATED** that FNTG's deadline to respond to the complaint is **VACATED**.

16  Dated:  June 27, 2022        SINCLAIR BRAUN LLP

17          By:  /s/-Kevin S. Sinclair
                  KEVIN S. SINCLAIR
18             Attorneys for Defendants
               FIDELITY NATIONAL TITLE GROUP,
19             INC.

20  Dated:  June 27, 2022        WRIGHT FINLAY & ZAK, LLP

21          By:  /s/-Lindsay D. Dragon
                  LINDSAY D. DRAGON
22             Attorneys for Plaintiff
               DEUTSCHE BANK NATIONAL TRUST
23             COMPANY

24  **IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 44) is **granted in part and denied in part.**  The Court grants the parties' request that the Court vacate the current deadline by

25  which Defendant Fidelity National Title Group, Inc. must respond to Plaintiff Deutsche Bank National Trust Company's.  But the Court den**ies** the request to set a nonspecific deadline.

26

27  **IT IS FURTHER ORDERED** that FNTG must respond to Deutsche Bank's complaint on or before **August 15, 2022.**  The parties may stipulate to extend this deadline.

28  DATED: June 29, 2022        _____
               DANIEL J. ALBREGTS
               UNITED STATES MAGISTRATE JUDGE

